**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MAYNOR JOSUE VALLEJO MENDOZA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1278-G** |
| | ) | |
| **MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On June 1, 2026, Petitioner Maynor Josue Vallejo Mendoza filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On July 16, 2026, Judge Erwin issued a Report and Recommendation ("R. & R.," Doc. No. 6), in which he recommended this action be dismissed as moot. *See id.* at 1-6; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026). In the R. & R., Judge Erwin advised Petitioner of his right to object to the R. & R. by August 3, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

The R. & R. was mailed to Petitioner at his address of record and returned as undeliverable. *See* Doc. Nos. 1-1, 7; *see also* LCvR 5.4. As of this date, Petitioner has not

submitted an objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 6) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of August, 2026.

CHARLES B. GOODWIN
United States District Judge